# FAMILY BANK FSB

*Paintsville • Inez • Salyersville • Pikeville*

1402950

73-7053/2421

DATE February 25, 2009

PAY TO THE ORDER OF Johnny Pennington

$ $5,000.00

****$5,000 DOLLARS AND 00 CE          DOLLARS

## CASHIER'S CHECK

FOR FINN B40 Betty Barnett

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

⑆1402950⑆ ⑈242170536⑈ 0131170000⑆

**GOVERNMENT EXHIBIT**
1a
LEX. 09-67-KSF